UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONY STARK :

    Plaintiff :

v. : Civil Action No. 1:19-CV-12109-ADS

LONNIE G. BUNCH, :
SECRETARY,
SMITHSONIAN INSTITUTION, :

    Defendant :

### PROOF OF SERVICE

    I, Andrew Rainer, hereby certify that on October 18, 2019, I served the Defendant Lonnie G. Bunch, Secretary of the Smithsonian Institution, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by certified mail, return receipt requested, upon the following:

1. Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. Civil Process Clerk
   United States Attorneys Office
   One Courthouse Way
   Boston, MA 02210

3. Mr. Lonnie Bunch
   Secretary, Smithsonian Institution
   Smithsonian Institution Building, MR016
   PO Box 37012
   Washington, DC 20013-7012

    Attached hereto are the receipts returned to me by the U.S Postal Service, showing the completion of service.

    Signed under the pains and penalties of perjury, this 9th day of January, 2020.

                                               Andrew Rainer

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>United States Attorneys office<br>One Courthouse Way<br>Boston MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>_[Stamp: BOSTON MA 02205, APR 23 2014, RED CAGE]_ |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4116 8092 8966 37 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7010 0290 0001 3954 2119 | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr Lonnie Bunch
Secretary Smithsonian Institution
Smithsonian Ints. Building, MRC 16
PO Box 37012
Washington, DC 20013-7012

9590 9402 4116 8092 8965 14

2. Article Number (Transfer from service label)

7010 0290 0001 3954 2140

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Bobby H                    ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Bobby Hammond

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

NOV 13 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the US
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001

9590 9402 4116 8092 8965 38

2. Article Number (Transfer from service label)

7010 0290 0001 3954 4984

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [S]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt