UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTONY STARK | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 1:19-12109-ADB |
| LONNIE G. BUNCH, SECRETARY, SMITHSONIAN INSTITUTION, | : | |
| Defendant | : | |

# PLAINTIFF'S REQUEST FOR HEARING AND/OR SCHEDULING CONFERENCE

Plaintiff respectfully requests that the Court allow him an opportunity for oral argument on Defendant's Motion to Dismiss. In addition, Plaintiff seeks the Court's assistance in encouraging a mediation of this dispute, which Plaintiff has been seeking for years and Defendant has consistently refused. Plaintiff has a variety of ideas for a creative resolution, which would enable a prompt disposition of the case.

Respectfully submitted,

For the Plaintiff,

*Andrew Rainer*
Andrew Rainer (BBO #542067)
Brody, Hardoon, Perkins & Kesten LLP
699 Boylston Street, 12th floor
Boston, MA 02116
(617) 304-6052
arainer@bhpklaw.com

Dated: March 10, 2020

<u>Certificate of Service</u>

   I hereby certify that, on the above date, I served the foregoing on defense counsel of record using the Court's ECF system.

               ___*Andrew Rainer*_____