UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Antony Stark**
Plaintiff

V.

**Lonnie G. Bunch**
Defendant

CIVIL ACTION

NO. **1:19-cv-12109-ADB**

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE **Allison D. Burroughs**

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[**X**]   On **4/8/2021** I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| **X** | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.

The case was:

[**X**]   Settled.  Your clerk should enter a **60** day order of dismissal.

[ ]   There was progress.  A further phone conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____.
_____.

    4/8/2021                                                                                                   /s/ Judith G. Dein
       DATE                                                                                                    U.S. Magistrate Judge